PID #: 672901

AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Shawn Woodall (8)

**SEALED**

## WARRANT FOR ARREST

Case Number: 23cr0618-JO-8

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Shawn Woodall (8)
                                                                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition
                                                                                                                                                                                                                                                                                                                               ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:952, 960, 963 - Conspiracy to Import Controlled Substances
21:841(a)(1), 846 - Conspiracy to Distribute Controlled Substances
21:841(a)(1), 841(b)(1)(B) - Distribution of Fentanyl
18:981(a)(1)(C), 982, 21:853, 28:2461(c) - Criminal Forfeiture

DATE ARRESTED: 6/2/2023
BY: In Court

RECEIVED 2023 APR -6 PM 4:24 U.S. MARSHALS-S/CA

STEVEN C. STAFFORD
U.S. MARSHAL S/CA

In violation of Title    See Above    United States Code Section(s)

FILED JUN 06 2023 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ G. Vocal
Signature of Deputy

04/06/2023, San Diego, CA
Date and Location

Bail fixed at $    No Bail    by    The Honorable Daniel E. Butcher
                                                                                                                                                                                                                                                                                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

6/2023                                                                               jms